SPENCER Y. KOOK (SBN 205304)
skook@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:     213-680-2800
Facsimile:     213-614-7399

TRAVIS WALL (SBN 191662)
twall@mail.hinshawlaw.com
JARED W. MATHESON (SBN 275459)
jmatheson@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:     415-362-6000
Facsimile:     415-834-9070

Attorneys for Defendant APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE
COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE ROSE'S AUTO BODY, INC., | Case No. 16-CV-01864-EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES** |
| vs. | |
| APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., | **[Civil Local Rules 16-2(e), 7-12]** |
| Defendant. | Judge Edward M. Chen |
| | Complaint Filed:  April 11, 2016 |

Plaintiff Mike Rose's Auto Body, Inc. ("Plaintiff") and Defendant Applied Underwriters Captive Risk Assurance Company, Inc. ("Defendant") (collectively "the Parties"), through their counsel stipulate as follows:

### RECITALS

1.      Plaintiff filed the Complaint initiating this action on or about April 11, 2016.

2.      The Summons and Complaint were served on May 11, 2016 through a waiver of service of summons.

3.      By Order dated June 7, 2016, the Court set the initial Case Management Conference in this matter for August 4, 2016 at 9:30 AM.  Dkt. No. 8.

4.      On July 8, 2016, Defendant filed a Motion to Compel Arbitration and Stay the Action, which is set for hearing on August 25, 2016.

5.      In light of the pending motion, the Parties agree that it is most efficient to continue the initial Case Management Conference to early October so that the Court can rule on Defendant's motion to compel arbitration before the Parties meet and confer about case management issues and make initial disclosures.

6.      This is the Parties' first request for a continuance of the initial Case Management Conference and corresponding deadlines.  The continuation will not affect any other scheduled dates or deadlines.  The Parties do not anticipate the need for a further continuance.

### STIPULATION

The Parties hereby stipulate pursuant to Civil Local Rules 16-2(e) and 7-12 that the initial Case Management Conference is continued from August 4, 2016 to October 6, 2016, or as soon thereafter as is convenient for the Court, and that the corresponding deadlines are extended as follows:

Deadline to confer as required by Federal Rule of Civil Procedure 26(f):  September 15, 2016;

Deadline to submit Joint Status Report:  September 29, 2016.

1

Dated:  July 14, 2016                              HINSHAW & CULBERTSON LLP


                                        By:  /s/ Travis Wall
                                             SPENCER Y. KOOK
                                             TRAVIS R. WALL
                                             JARED W. MATHESON
                                             Attorneys for Defendant APPLIED
                                             UNDERWRITERS CAPTIVE RISK
                                             ASSURANCE COMPANY, INC.


Dated:  July 14, 2016                              BUCHMAN PROVINE BROTHERS SMITH
                                             LLP


                                        By:  /s/ Connor M. Day
                                             ROGER J. BROTHERS
                                             HORACE W. GREEN
                                             CONNOR M. DAY
                                             Attorneys for Plaintiff MIKE ROSE'S AUTO
                                             BODY, INC.


### SIGNATURE ATTESTATION

        I hereby attest that I have obtained the concurrence of Connor M. Day, Esq., counsel for

Plaintiff Mike Rose's Auto Body, Inc., for the filing of this stipulation.

                                             /s/ Travis Wall
                                             TRAVIS. WALL


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: _____7/20/16_____            _____

                                        EDWARD M.
                                        UNITED STA.

IT IS SO ORDERED

Judge Edward M. Chen