UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE ROSE'S AUTO BODY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC.,<br><br>Defendant. | Case No. 3:16-CV-01864-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING SCHEDULE ON MOTION TO CONFIRM ARBITRATION AWARD** |

Plaintiff Mike Rose's Auto Body, Inc. ("Plaintiff") and Defendant Applied Underwriters Captive Risk Assurance Company, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, stipulate as follows:

**RECITALS**

1. On May 24, 2018, the Parties appeared before the Court for a Case Management Conference (the "CMC").

2. During the CMC, the Court set a hearing on Plaintiff's Motion to Confirm Arbitration Award (the "Motion") for August 2, 2018 at 1:30 p.m. On June 14, 2018, the Court reset the hearing on August 2, 2018 from 1:30 p.m. to 2:30 p.m.

3. During the CMC, the Court also set the following briefing schedule on Plaintiff's Motion to Confirm Arbitration Award:

    June 21, 2018: Last day for Plaintiff to file its Motion

    July 5, 2018: Last day for Defendant to file its Opposition

    July 12, 2018: Last day Plaintiff to file its Reply Brief

4. Pursuant to the arbitration award, the arbitrator ordered Defendant to provide certain calculations to Plaintiff concerning the Parties' Reinsurance Participation Agreement, which is the subject of this action. During the CMC, the Court advised the Parties that if Defendant needed additional time beyond June 21, 2018 to provide the calculations to Plaintiff, the Parties could notify the Court of the same and request a continuance of the hearing on the Motion.

5. As of June 20, 2018, Defendant needed additional time to provide the calculations to Plaintiff. As a result, the Parties requested the Court to continue the hearing and briefing for at least another 30 days.

6. On June 20, 2018, the Court issued an Order and an Amended Order continuing the hearing and briefing schedule on Plaintiff's Motion to Confirm Arbitration Award as follows:

    Deadline for Plaintiff to file Motion to Confirm Arbitration Award: July 23, 2018

    Deadline for Defendant to file its Opposition: August 6, 2018

    Deadline for Plaintiff to file its Reply Brief: August 13, 2018

    Hearing on Motion: September 6, 2018 at 1:30 p.m

7. As of today, Defendant still needs additional time to provide the calculations to Plaintiff. Therefore, the Parties request one final continuance of the hearing and briefing schedule in order to provide Defendant with additional time.

**STIPULATION**

The Parties hereby stipulate pursuant to Civil Local Rule 7-12 that the hearing on Plaintiff's Motion to Confirm Arbitration Award is continued from September 6, 2018 to October 6, 2018, or as soon thereafter as is convenient for the Court, and that the corresponding briefing schedule on the Motion to Confirm Arbitration Award is extended as follows:

    Deadline for Plaintiff to file Motion to Confirm Arbitration Award: August 22, 2018

| | |
|---|---|
| Deadline for Defendant to file its Opposition: | September 5, 2018 |
| Deadline for Plaintiff to file its Reply Brief: | September 12, 2018 |

Dated: July 23, 2018

**BUCHMAN PROVINE BROTHERS SMITH** LLP

By: /s/ Connor M. Day
Roger J. Brothers
Horace W. Green
Connor M. Day
Attorneys for Plaintiff Mike Rose's Auto Body, Inc.

Dated: July 23, 2018

**HINSHAW & CULBERTSON** LLP

By: /s/ Travis R. Wall
Spencer Y. Kook
Travis R. Wall
Jared W. Matheson
Attorneys for Defendant APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC.

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:**

The Parties change to the briefing schedule is accepted, and the hearing on the Motion to Confirm Arbitration Award is continued to __October 25__, 2018, at __1__ : __30__ a.m./p.m.

**IT IS SO ORDERED.**

DATED: July 23, 2018

EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE